IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANTONIO JOHNSON, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. 3:14-cv-01839 |
| BRUCE WESTBROOKS, Warden, | ) ) Judge Trauger |
| Respondent. | ) ) |

## ORDER

Petitioner Antonio Johnson, a state prisoner incarcerated at the Lois M. DeBerry Special Needs Facility in Nashville, Tennessee, filed a *pro se* petition under 28 U.S.C. § 2254 challenging a conviction and sentence issued by the Criminal Court of Montgomery County, Tennessee in 2010. Also pending are his motion to file a reply brief (ECF No. 30) and motion for the appointment of counsel (ECF No. 31)

The motion for leave to file a reply brief (ECF No. 30) is **GRANTED**, and the court has considered the reply in reaching its ruling. For the reasons explained in the accompanying Memorandum Opinion, the petition is **DENIED** and this matter is **DISMISSED WITH PREJUDICE**. The petitioner's motion for appointment of counsel (ECF No. 31) is **DENIED AS MOOT**.

Because the petitioner has not made a "substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), the Court **DENIES** a certificate of appealability ("COA"). The petitioner may, however, seek a COA directly from the Sixth Circuit Court of Appeals. Fed. R. App. P. 22(b)(1).

It is so **ORDERED**.

This is the final order in this action for purposes of Fed. R. Civ. P. 58.

ALETA A. TRAUGER
United States District Judge